# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **CINDY L. PUGH,** | No. 3:11-CV-06184-ST |
| Plaintiff, | |
| v. | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | |
| Defendant. | |

**SIMON, District Judge.**

As no party has filed objections, this Court has reviewed the Findings and Recommendations [23] for clear error on the face of the record, in accordance with the Advisory Committee Notes to Federal Rule of Civil Procedure 72(b). Finding no clear error, the Court ADOPTS the Findings and Recommendation and GRANTS Plaintiff's Unopposed Motion for Attorney Fees Pursuant to 4 U.S.C. § 406(b) [20].

Dated this 11th day of January, 2013.

/s/ Michael H. Simon\
Michael H. Simon\
United States District Judge